**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6702**

BRUCE ALLEN GAYNOR,

Plaintiff - Appellant,

versus

GEORGE ALLEN; DONALD BEYERS; JERRY W. KILGORE;
JAMES S. GILMORE, III; RONALD J. ANGELONE;
EDWARD C. MORRIS; JOHN M. JABE, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, District Judge. (CA-96-223-AM)

Submitted:  November 21, 1996        Decided:  December 3, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Allen Gaynor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for a temporary restraining order or a preliminary injunction enjoining the enforcement of an amendment to the prison regulation governing personal property. To the extent that Appellant appeals from the court's denial of a temporary restraining order, that order is not appealable. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. See Direx Israel, Ltd. v. Breakthrough Medical Corp., 952 F.2d 802, 812-13 (4th Cir. 1991). Accordingly, we affirm the denial of preliminary injunctive relief on the reasoning of the district court. Gaynor v. Allen, No. CA-96-223-AM (E.D. Va. Feb. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED